IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**BRADLEY THOMAS UREN**                                                                 **PLAINTIFF**

V.                                    **CASE NO. 3:22-CV-3050**

**LIEUTENANT SEBASTIAN DENNIS;**
**CAPTAIN JEFF LEWIS;**
**SERGEANT TABITHA MAZE;**
**SHERIFF JOHN MONTGOMERY;**
**SERGEANT CLAY MAPLE;**
**CORPORAL TOMMY CRUZ;**
**and JAILER SAMMATHA WELLS**                                                **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 26) filed in this case on September 27, 2023, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY** and the case is **DISMISSED WITH PREJUDICE** for failure to obey court orders and failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 19th day of October, 2023.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE